## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Case No. BK06-80243 |
| | ) | |
| BENCHMARK HOMES, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| IN THE MATTER OF: | ) | Case No. BK |
| | ) | |
| CANTERBERRY CROSSING, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| IN THE MATTER OF: | ) | Case No. BK |
| | ) | |
| ASHFORD HOLLOW, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| IN THE MATTER OF: | ) | Case No. BK |
| | ) | |
| SADDLEBROOK PROPERTIES, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| IN THE MATTER OF: | ) | Case No. BK |
| | ) | |
| ONE NINETY-TWO, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

## MOTION FOR JOINT ADMINISTRATION OF DEBTORS' ESTATES
## AND REQUEST FOR EXPEDITED OBJECTION/RESISTANCE DEADLINE

COME NOW Benchmark Homes, Inc., Canterberry Crossing, LLC, Ashford Hollow, LLC, Saddlebrook Properties, LLC and One Ninety-Two, LLC, Debtors in the above-captioned Chapter 11 cases ("Debtors") and in support of their **Motion for Joint Administration of Debtors' Estates and Request for Expedited Objection/Resistance Deadline** states and alleges as follows:

OM-214121-1

IN THE MATTER OF:
BENCHMARK HOMES, INC., Debtor
Case No. BK06-80243
Application to Approve Joint Administration of Claims                              Page 2

1.      That Benchmark Homes, Inc., caused its original petition to be filed with this Court on March 7, 2006, seeking reorganization under the provisions of Chapter 11 of the Bankruptcy Code;

2.      That Canterberry Crossing, LLC, caused its original petition to be filed with this Court on March 8, 2006, seeking reorganization under the provisions of Chapter 11 of the Bankruptcy Code;

3.      That Ashford Hollow, LLC, caused its original petition to be filed with this Court on March 8, 2006, seeking reorganization under the provisions of Chapter 11 of the Bankruptcy Code;

4.      That Saddlebrook Properties, LLC, caused its original petition to be filed with this Court on March 8, 2006, seeking reorganization under the provisions of Chapter 11 of the Bankruptcy Code;

5.      That One Ninety-Two, LLC, caused its original petition to be filed with this Court on March 8, 2006, seeking reorganization under the provisions of Chapter 11 of the Bankruptcy Code;

6.      That the affairs of all Debtors are closely related and Debtors often share common operating facilities and employees;

7.      That Dennis Minton is the duly elected President of Benchmark Homes, Inc.;

8.      That Dennis Minton is the duly elected Manager of Canterberry Crossing, LLC, Ashford Hollow, LLC, Saddlebrook Properties, LLC, and One Ninety-Two, LLC;

IN THE MATTER OF:
BENCHMARK HOMES, INC., Debtor
Case No. BK06-80243
Application to Approve Joint Administration of Claims                                    Page 3

9.      That, in the event it becomes important, at some future date, to the administration

of any estate herein to differentiate the assets and liabilities thereof, it will not be unduly

burdensome to do so;

10.     That the relief requested herein is in the best interests of creditors and other

parties in interest and is necessary to a successful reorganization, in that it would be unduly

burdensome to duplicate procedural matters in each Estate;

11.     That good cause exists to shorten the objection/resistance deadline to ten (10)

days;

WHEREFORE, Benchmark Homes, Inc., Canterberry Crossing, LLC, Ashford Hollow,

LLC, Saddlebrook Properties, LLC, and One Ninety-Two, LLC, herewith respectfully request

that this Court make and enter an Order shortening the objection/resistance deadline to ten (10)

days and allowing for joint administration of the above estates and for such other and further

relief as this Court may deem proper.

DATED this 9th day of March, 2006.

**BENCHMARK HOMES, INC.,** Debtor


By:        /s/ Robert V. Ginn
           **Robert V. Ginn** (No. 15061)
           **Blackwell Sanders Peper Martin, LLP**
           1620 Dodge Street
           Suite 2100
           Omaha, Nebraska  68102
           Tel. No. 402-964-5000
           Fax No. 402-964-5050

           And

IN THE MATTER OF:
BENCHMARK HOMES, INC., Debtor
Case No. BK06-80243
Application to Approve Joint Administration of Claims                    Page 4

**CANTERBERRY CROSSING, LLC,**
Debtor

By: _____/s/ Robert V. Ginn_____

**Robert V. Ginn** (No. 15061)
**Blackwell Sanders Peper Martin, LLP**
1620 Dodge Street
Suite 2100
Omaha, Nebraska  68102
Tel. No. 402-964-5000
Fax No. 402-964-5050

And

**ASHFORD HOLLOW, LLC,** Debtor

By: _____/s/ Robert V. Ginn_____

**Robert V. Ginn** (No. 15061)
**Blackwell Sanders Peper Martin, LLP**
1620 Dodge Street
Suite 2100
Omaha, Nebraska  68102
Tel. No. 402-964-5000
Fax No. 402-964-5050

And

OM-214121-1

IN THE MATTER OF:
BENCHMARK HOMES, INC., Debtor
Case No. BK06-80243
Application to Approve Joint Administration of Claims                                      Page 5


**SADDLEBROOK PROPERTIES, LLC,**
Debtor


By:      _/s/ Robert V. Ginn_____
**Robert V. Ginn** (No. 15061)
**Blackwell Sanders Peper Martin, LLP**
1620 Dodge Street
Suite 2100
Omaha, Nebraska  68102
Tel. No. 402-964-5000
Fax No. 402-964-5050


And

**ONE NINETY-TWO, LLC,** Debtor


By:      _/s/ Robert V. Ginn_____
**Robert V. Ginn** (No. 15061)
**Blackwell Sanders Peper Martin, LLP**
1620 Dodge Street
Suite 2100
Omaha, Nebraska  68102
Tel. No. 402-964-5000
Fax No. 402-964-5050