IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. BK06-80243 |
| | ) | (Chapter 11) |
| BENCHMARK HOMES, | ) | |
| | ) | |
| Debtor. | ) | |

CERTIFICATE OF SERVICE

     I hereby certify that on the 9th day of March, 2006, I electronically filed with the Clerk of the Bankruptcy Court using the CM/ECF system Security National Bank of Omaha's Entry of Appearance and Request for Notice which sent notification of such filings to the following: Joel M. Carney, Patricia Fahey, Robert V. Ginn, Jerry L. Jensen, Michael F. Kivett, Mark James LaPuzza, Frank M. Schepers and R. J. Shortridge; and I hereby certify that I have mailed by first-class, United States mail, postage prepaid, copies of the foregoing to the following non CM/ECF participants:

Benchmark Homes, Inc.
11011 "Q" Street
Omaha, Nebraska 68137

                SECURITY NATIONAL BANK OF OMAHA,
                a creditor and party-in-interest

            By:   /s/ Emmett D. Childers
                   Emmett D. Childers #10672
                   HILLMAN, FORMAN, NELSEN
                    CHILDERS & McCORMACK
                   7171 Mercy Road, Suite 650
                   Omaha, Nebraska 68106
                   (402) 397-8051 - telephone
                   (402) 397-2868 - facsimile