IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Case No. BK06-80243 |
| | ) | |
| BENCHMARK HOMES, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

## NOTICE OF FILING AND
## NOTICE SETTING EXPEDITED/OBJECTION DEADLINE

TO: ALL PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that a **Motion for Joint Administration of Debtors' Estates and Request for Expedited Objection/Resistance Deadline** (Motion) has been filed by Robert V. Ginn, and the law firm of Blackwell Sanders Peper Martin, LLP, the duly authorized attorneys for the debtor, in the above-captioned Chapter 11 case, in the Office of the Clerk of the U.S. Bankruptcy Court for the District of Nebraska, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Suite 1148, Omaha, Nebraska 68102.

Notice is further given:

1. That pursuant to Order on Motion to Shorten Time, dated March 9, 2006, and attached hereto as Exhibit "A", the last day to object or resist the Motion is March 20, 2006;.

2. That if the expedited objection/resistance period expires without the filing of any objection or resistance, the Bankruptcy Court will consider entering an Order granting the Motion without further hearing.

3. That if an objection/resistance is properly and timely filed within the deadline, the Bankruptcy Court will set the matter for a hearing, on an expedited basis, in the Courtroom.

OM-214910-1

IN THE MATTER OF:
BENCHMARK HOMES, INC., Debtor
Case No. BK06-80243
Notice of Filing                                                                Page 2

    Dated this 10th day of March, 2006.

                                            **BENCHMARK HOMES, INC.,** Debtor

                                By: _____
                                    Robert V. Ginn (No. 15061)
                                    **BLACKWELL SANDERS PEPER MARTIN, LLP**
                                    1620 Dodge Street, Suite 2100
                                    Omaha, Nebraska 68102
                                    Tel. No. (402) 964-5000
                                    Fax No. (402) 964-5050

OM-214910-1

## Howe, Lila

**From:** neb_bkecf@neb.uscourts.gov
**Sent:** Thursday, March 09, 2006 1:09 PM
**To:** Courtmail@neb.uscourts.gov
**Subject:** 06-80243 Benchmark Homes, Inc., a Nebraska Corporation Ch 11Order on Motion to Shorten Time

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

U.S. Bankruptcy Court

District of Nebraska

Notice of Electronic Filing

The following transaction was received from drs, entered on 3/9/2006 at 1:08 PM CST and filed on 3/9/2006
**Case Name:** Benchmark Homes, Inc., a Nebraska Corporation
**Case Number:** 06-80243
**Document Number:** 18

**Docket Text:**
Order Granting Motion to Shorten Time for Filing Objections to Motion for Joint Administration Filed by Debtor Benchmark Homes, Inc., a Nebraska Corporation (Related Doc # [17]). The request for shortened 9013-1 bar date is granted. Mr. Ginn shall proceed in giving immediate notice in accordance with Neb. R. Bankr. P. 9013 with a shortened bar date notice of ten (10) calendar days. Movant is responsible for giving notice to parties in interest as required by rule or statute. HEREBY ORDERED by Judge TIMOTHY J. MAHONEY. (Text only order) (drs, )

The following document(s) are associated with this transaction:


**06-80243 Notice will be electronically mailed to:**

Joel M. Carney    jmcarney@womglaw.com,

Patricia Fahey    ustpregion13.om.ecf@usdoj.gov

Robert V. Ginn    rvgbknotice@blackwellsanders.com

Jerry L. Jensen    ustpregion13.om.ecf@usdoj.gov

Michael F. Kivett    mfkivett@womglaw.com,

Mark James LaPuzza    mjlbr@pheblaw.com, crussmisel@pheblaw.com

Frank M. Schepers    virginia@ldmlaw.com, fschepers@ldmlaw.com


3/10/2006