IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Case No. BK06-80243 |
| | ) | |
| BENCHMARK HOMES, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a **Motion for Joint Administration of Debtors' Estates and Request for Expedited Objection/Resistance Deadline** and **Notice of Filing and Notice Setting Expedited Objection/Resistance Deadline** was filed this 10th day of March, 2006, using this Court's CM/ECF electronic filing system which sent electronic notification of same to the following:

**Joel M. Carney**   jmcarney@womglaw.com,

**Emmett D. Childers**   hillmanforman@hfncm.com

**Patricia Fahey**   ustpregion13.om.ecf@usdoj.gov

**Jerry L. Jensen**   ustpregion13.om.ecf@usdoj.gov

**Michael F. Kivett**   mfkivett@womglaw.com,

**Mark James LaPuzza**   mjlbr@pheblaw.com, crussmisel@pheblaw.com

**Thomas L. Saladino**   awolfe@fitzlaw.com

**Frank M. Schepers**   virginia@ldmlaw.com, fschepers@ldmlaw.com

**R. J. Shortridge**   rshortridge@perrylawfirm.com, tgibbs@perrylawfirm.com

**Steven J. Woolley**   swoolley2@mcrlawyers.com, emcbride2@mcrlawyers.com

**T. Randall Wright**   rwright@bairdholm.com, jsvoboda@bairdholm.com;ecf-bankruptcy@bairdholm.com


The undersigned further certifies that true and correct copies were mailed, via US mail, postage pre-paid, to the following:

**Gene M Eckel**
503 S 36th Street
Omaha, NE 68105

**Pinnacle Bank**
c/o Frank M. Schepers
Lamson, Dugan and Murray, LLP
10306 Regency Parkway Drive
Omaha, NE 68114

**TierOne Bank**
c/o Michael F. Kivett
PO Box 540125
Omaha, NE 68154-0125

**Union Bank and Trust Company**
c/o R.J. Shortridge and Daniel F. Kaplan
Perry, Guthery, Haase & Gessford, PC LLO
233 S. 13th St., Suite 1400
Lincoln, NE 68508

**A & D Technical Supply**
4320 South 89 Street
Omaha  NE  68127

**A & S Concrete Recycling, Inc.**
6002 N. 89th Circle
Omaha  NE  68134

OM-214909-1

IN THE MATTER OF:
BENCHMARK HOMES, INC., Debtor
Case No. BK06-80243
Certificate of Service                                                                    Page 2

A.C. Construction3
311 N 103rd Plaza, Apt. 3
Omaha   NE   68134

Aabsolute Painting
17330 West Center Road
Omaha   NE   68130

Accurate Communications, Inc.
2215 Harney Street
Omaha   NE   68102

Adler's Concrete Contractors
2019 Calhoun St
BellevueNE           68005

Alkar Billiards & Bar Stools
2614 North 72nd Street
Omaha   NE   68134

All American Hardwood Floors
9336 Gertrude Street
LaVista NE        68128

All Flags, Etc.
8506 Cass Street
Omaha   NE   68114

All Makes Office Equipment Co.
Po Box 31125
Omaha   NE   68131

All Sweep
162 East 13Th Street
Wahoo   NE   68066

Alliance 4 Design
Po Box 1507
Santa Barbara   CA   93102

Alltech, Inc.
4449 S. 102nd St.
Omaha   NE   68127

American Electronics, Inc
4760 S 135th Street
Omaha   NE   68137

American Express
P O Box 650448
Dallas   TX   75265

American Lift & Sign Service
6958 N 97th Circle
Omaha   NE   68122

Anderson, Sharon
1705 South 116th Street
Omaha   NE   68144

APS
PO Box 2907
Phoenix AZ        85062
Arid Resources, Inc.
8802 S. 135th St., Suite 100
Omaha   NE   68138

Armsbury Custom Carpentry & Construction
9335 Miami St
Omaha   NE   68134

ASI Advanced Security Systems
15018 A Circle
Omaha   NE   68144

AT&T
PO Box 2969
Omaha   NE   68103

Avery Rents Inc.
418 Galvin Road
Bellevue NE        68005

Ayres Kahler
7735 S 134 Street
Omaha   NE   68138

Ayres Kahler – Lincoln
P O Box 6596
Lincoln NE        68506

B & E Construction
6011 Meadowbrook Lane
Lincoln NE        68510

B3 Architects
2020 Alameda Padre Serra, Suite 133
Santa Barbara   CA   93103

Bank of the West
13220 California Street
Omaha   NE   68154

OM-214909-1

IN THE MATTER OF:
BENCHMARK HOMES, INC., Debtor
Case No. BK06-80243
Certificate of Service                                                                 Page 3

Batter Concrete, Inc.
1709 South 10th Street
Omaha   NE   68108

Better Business Equipment
7929 West Center Road
Omaha   NE   68124

Bill G. Foley
dba  Eagle Siding
6419 N 103 Ave
Omaha   NE   68134

Billings Photography Omaha
13132 Davenport Street
Omaha   NE   68154

Blays General Construction
Box 121
Carson   IA   51525

Blooms
10923 Prairie Brook Road
Omaha   NE   68144

Bolyard, Susan
16307 Weir Street
Omaha NE   68135

Borngrebe Builders Inc
16634 Ames Avenue
Omaha   NE   68116

Bradco, Inc.
C/O Heartland Capital Investments LLC
PO Box 3133
St. Joseph MO   64503

Branching Out, Inc.
8909 H Street
Omaha   NE   68127

Builders Supply Co, Inc
P. O. Box 27109
Omaha   NE   68127

C.D. White Excavating
7904 Emiline Street
La Vista NE   68128

Century Electric Inc
P. O. Box 34185
Omaha   NE   68134

Chubb Group Of Insurance Co
P.O.Box 7247-0180
Philadelphia   PA   19170

Columbia Insurance Group
P O Box 6032
Columbia   MO   65205

Commercial Seeding Contractors
633 County Road S
Valley   NE   68064

Consolidated Concrete, LLC
9555 S 147Th Street
Omaha   NE   68138

Consolidated Supply Co., Inc.
10325 J Street
Omaha   NE   68127

Cox Business Services
11505 West Dodge Road
Omaha   NE   68154

Cox Communications
11505 West Dodge Road
Omaha   NE   68154

Cox Communications – Phoenix
P.O. Box 78071
Phoenix  AZ   85062

Craft Painting & Decorating, Inc.
4321 S 175th Ave
Omaha   NE   68135

Custom Framing By R Tiller, Inc
17118 Harney Street
Omaha   NE   68118

D & D Concrete Sawing, Inc.
P O Box 740
Valley   NE   68064

D & K Excavating, Inc.
19388 S. 204th Street
Grenta   NE   68028

OM-214909-1

IN THE MATTER OF:
BENCHMARK HOMES, INC., Debtor
Case No. BK06-80243
Certificate of Service                                                                                   Page 4

Dakota Fence & Deck
15252 S. 57th St.
Papillion NE    68133

Dell Financial Services
Payment Processing Center,
PO Box 5292
Carol Stream    IL    60197

Designed, Sealed & Delivered
14525 Grover Street
Omaha    NE    68144

Dex Media, Inc.
P.O. Box 78041
Phoenix AZ    85062

Diamond Vogel Paint
P. O. Box 27600
Omaha    NE    68127

Diamond Window Cleaning
1649 Fredrickson Street
Fremont NE    68025

Dizona, Cynthia A
13504 Lillian Street
Omaha    NE    68138

DMS Estate Management
7265 County Rd #5
Arlington NE    68002

Eagle Services Inc.
P.O. Box 26
Bennington NE    68007

Echo Group Inc.
P O Box 230
Sioux Center    IA    51250

Egermier Builders Inc.
P.O. Box 461089
Papillion    NE    68046

Fedex
P. O. Box 1140
Memphis    TN    38101

Ferrellgas
P O Box 45523
Omaha    NE    68145

Fineline Painting & Iowa Paint
6166 Shirley St
Omaha    NE    68106

Floors, Etc
825 W Broadway
Council Bluffs    IA    51501

FP Mailing Solutions
Dept 4272
Carol Stream    IL    60122

Frazier Company
14830 B Circle
Omaha    NE    68144

Fremont National Bank
152 East 6Th Street
Fremont NE    68025

Froehlich Drywall, Inc.
8629 S 99th Circle
La Vista NE    68128

Gochanour Construction Co, Inc
2725 County Road 45
Fort Calhoun    NE    68023

Gowens Construction, Inc.
23083 Highway #183
Crescent IA    51526

GP Enterprises
16321 L Street
Omaha NE    68135

Great Western Bank
P. O. Box 4070
Omaha NE    68104

Greatamerica Leasing Corp
8742 Innovation Way
Chicago IL    60682

Green Side Up Sodding
15252 S. 57th St.
Papillion    NE    68133

Greg Tyson Construction
20101 Crystal Dr.
Gretna    NE    68028

IN THE MATTER OF:
BENCHMARK HOMES, INC., Debtor
Case No. BK06-80243
Certificate of Service                                                                 Page 5

Guzman, Omar
17741 Lillian Drive
Omaha   NE   68136

Hamilton General Contracting
P.O. Box 170
Bennington   NE   68007

Hartline, James
1534 Hartline Avenue
Omaha   NE   68112

HDK Trenching, Inc.
7701 South 252 Street
Waterloo   NE   68069

Heartland Wood Floors
14621 Industrial Road
Omaha   NE   68144

Heimes Corp.
9144 South 144Th Street
Omaha   NE   68138

Hilti, Inc.
Po Box 382002
Pittsburgh   PA   15250

HomeSphere, Inc.
1626 Cole Blvd., Suite 200
Lakewood   CO   80401

Hotz Concrete Pumping
4524 S 68 Street
Omaha   NE   68117

HWS Consulting Group
Box 80358
Lincoln   NE   68501

Ideal Pure Water
P. O. Box 70
Boys Town   NE   68010

Independent Business Systems
409 Eleventh Street
Sioux City   IA   51105

Interior Design Firm
17110 Lakeside Hills Plaza
Omaha   NE   68130

IPM Group Inc.
P. O. Box 1417
Des Moines   IA   50305

J & J Sheet Metal, Inc.
18668 T Street
Omaha   NE   68135

J.K. Painting, Inc.
2502 Gindy Drive
BellevueNE   68147

JAC Construction, Inc.
13311 Meredeth Ave
Omaha   NE   68164

Jeromie A. Meyer
dba JAM Construction
17 1st Street
Woodbine   IA   51579

Jerry's Basement Waterproofing
3030 Keystone Drive
Omaha   NE   68134

Jim Leonardo Plumbing, Inc
Po Box 12238
Omaha   NE   68112

JQ Office Equipment
4503 South 90Th Street
Omaha   NE   68127

K.S. Enterprises Inc.
1136 Michelle Parkway
Papillion   NE   68046

Kathol Drywall Service, Inc
7220 South 141St Street
Omaha   NE   68138

Kathy's Cleaning Service
16224 Rolling Ridge Road
Omaha   NE   68135

Kellys Carpet
90th & L St.
PO Box 241336
Omaha   NE   68124

OM-214909-1

IN THE MATTER OF:
BENCHMARK HOMES, INC., Debtor
Case No. BK06-80243
Certificate of Service                                                                 Page 6

| | |
|---|---|
| KETV<br>Po Box 3366<br>Omaha NE    68176 | McCauley Construction<br>301 Sherwood Circle<br>Gretna NE    68028 |
| Kidwell Communications<br>900 South 26th Street<br>Lincoln NE    68510 | McCormack Construction<br>6418 S. 105th Circle<br>Omaha NE    68127 |
| Kohlbek, John<br>18885 Cornish Road<br>Springfield NE    68059 | McKeans Floor Coverings<br>10811 Harrison Street<br>Omaha NE    68128 |
| Lamar Companies<br>Po Box 66338<br>Baton Rouge LA    70896 | McNichols Brothers<br>2924 N. 75th Ave.<br>Omaha NE    68134 |
| Lanoha Nurseries Inc.<br>19111 West Center Road<br>Omaha NE    68130 | Menards<br>P.O. Box 5219<br>Carol Stream IL    60197 |
| Lee Coe Contractors, Inc.<br>15406 Windsor Drive<br>Omaha NE    68154 | Metal Logos And More<br>7896 Serum Avenue<br>Omaha NE    68127 |
| Legacy Lawns, Inc.<br>12506 Oakair Drive<br>Omaha NE    68137 | Metro Painting & Decorating<br>21036 Treasure Island Road<br>Plattsmouth NE    68048 |
| Lowe's Companies, Inc.<br>18375 Wright St.<br>Omaha NE    68130 | Metropolitan Utilities District<br>3100 South 61 Avenue<br>Omaha NE    68106 |
| Lumbermens Brick & Supply<br>P. O. Box 45506<br>Omaha NE    68137 | MGM Construction, Inc.<br>P.O. Box 460727<br>Papillion NE    68046 |
| Madden Bros Construction, Inc<br>5121 Y Street<br>Omaha NE    68117 | MH Construction Inc.<br>6012 S 49th Avenue<br>Omaha NE    68117 |
| Magni Masonry, Inc.<br>831 North 148th Avenue<br>Omaha NE    68154 | Michael Steigleder Services, Inc.<br>1233 Royal Drive<br>Papillion NE    68046 |
| Marketscape Research & Consult<br>123 Camino De La Reina South, Suite 202<br>San Diego CA    92108 | Micro Plumbing Inc.<br>8550 S 137th Circle, Suite 10<br>Omaha NE    68138 |
| McCann Plumbing Service, Inc.<br>7303 South 85Th Street<br>La Vista NE    68128 | Midland Trenching Inc.<br>5240 County Road 40<br>Fort Calhoun NE    68023 |

OM-214909-1

IN THE MATTER OF:
BENCHMARK HOMES, INC., Debtor
Case No. BK06-80243
Certificate of Service                                                                 Page 7

| | |
|---|---|
| Midwest Mudjacking, Inc.<br>5312 Capehart Road<br>Papillion   NE   68046 | Office Depot Credit Plan<br>P. O. Box 9020<br>Des Moines   IA   50368 |
| Millard Drywall Services, Inc<br>4629 South 136Th Street<br>Omaha   NE   68137 | Omaha Door & Window Co., Inc.<br>4665 "G" Street<br>Omaha   NE   68117 |
| Millard Lumber Inc<br>P. O. Box 45445<br>Omaha   NE   68145 | Omaha Magazine, Ltd<br>Po Box 461208<br>Papillion   NE   68046 |
| Millard Sprinkler, Inc.<br>13235 Chandler Road<br>Omaha   NE   68138 | Omaha Poster & T-Shirt, LLC<br>4403 South 139Th Street<br>Omaha   NE   68137 |
| Minuteman Printing, Inc.<br>920 So. 107Th Ave  Suite #110<br>Omaha   NE   68114 | Omaha World Herald<br>Attn: Silvana, Credit Dept<br>Omaha   NE   68102 |
| Mission Ornamental Iron<br>2021 North 84 Street<br>Omaha   NE   68134 | OPPD<br>P. O. Box  3995<br>Omaha   NE   68103 |
| Moore, Janice A.<br>12232 Signal Drive<br>Omaha   NE   68137 | Otis Spunkmeyer, Inc.<br>7090 Collection Drive<br>Chicago IL   60693 |
| MRL Construction, Inc.<br>5312 N 117<br>Omaha   NE   68164 | Payless Office Products, Inc.<br>P. O. Box 390157<br>Omaha   NE   68138 |
| MUD<br>P. O. Box 3600<br>Omaha   NE   68103 | Pella Products Company<br>9845 S 142nd Street<br>Omaha   NE   68138 |
| Nebraska Furniture Mart<br>P. O. Box 3000<br>Omaha   NE   68103 | PFI/Poured Foundations, Inc.<br>4502 Mark Street<br>Omaha   NE   68133 |
| Nebraska State Bank Of Omaha<br>3211 North 90Th Street<br>Omaha   NE   68134 | Pinnacle Bank<br>13131 West Dodge Road<br>Omaha   NE   68154 |
| Nextel<br>PO Box 4192<br>Carol Stream   IL   60197 | Premier Countertops<br>4362 S 87th Street<br>Omaha   NE   68127 |
| O'Dell Concrete Pumping Service<br>1800 Karol Kay Blvd<br>Seward   NE   68434 | Premier Decks & More<br>14005 Meredith Cir<br>Omaha   NE   68164 |

OM-214909-1

Case 06-80243-TJM   Doc 35-1   Filed 03/10/06   Entered 03/10/06 15:27:40   Desc
Certificate of Service   Page 8 of 10

IN THE MATTER OF:
BENCHMARK HOMES, INC., Debtor
Case No. BK06-80243
Certificate of Service                                                                 Page 8

Printco Graphics, Inc.
14112 Industrial Road
Omaha   NE      68144

Purdy & Slack Architects
11919 Grant Street, Suite 200
Omaha   NE      68164

Quality Carpentry Inc.
17136 Madison St
Omaha   NE      68135

Quality Door & Trim
5802 S. 72nd St.
Ralston   NE      68127

Quality Glass & Mirror, Inc.
7009 South 107 Street
Omaha   NE      68128

Qwest Claims
Po Box 2348
Seattle   WA      98111

Rauda Construction
10629 N Street
Omaha   NE      68127

Ready Mixed Concrete
P.O. Box 3867
Omaha   NE      68103

Reef Tectonics, Inc.
5121 West Thatcher Lane
Lincoln   NE      68528

Regal Awards
6165 Center Street
Omaha   NE      68106

Rental City, Inc.
14809 West Center Road
Omaha   NE      68144

Richter Excavating, Inc.
7805 S 92nd Street
Omaha   NE      68128

Roc Me Drywall, Inc.
5106 N 127th Street
Omaha   NE      68164

Russell Concrete Pumping
7104 N 50th Ave.
Omaha   NE      68152

Ryan Michel dba Michel Construction
108 Normal Street
Woodbine   IA      51579

S.U.B.B. Contractors
9751 S 147Th Street
Omaha   NE      68138

Sales Simplicity Software
325 E Elliot Road, #24
Chandler   AZ      85225

Sams Club
P O Box 105980 Dept 77
Atlanta   GA      30353

SB Concrete Construction
17346 William Circle
Omaha   NE      68130

Security National Bank
PO Box 31400
Omaha   NE      68131

Selective Marketing, Inc.
13936 Gold Circle
Omaha   NE      68144

Sexton Pest Control, Inc.
1401 N 26th Ave
Phoenix   AZ      85009

Shamrock Concrete
Po Box 3547
Omaha   NE      68103

Shari L. Kelemen
dba On The Surface
5010 South 188 Avenue
Omaha   NE      68135

Sherwin-Williams
3131 N 120th Street
Omaha   NE      68164

SID #388
2120 So 72Nd Street   #1250
Omaha   NE      68124

Case 06-80243-TJM    Doc 35-1    Filed 03/10/06    Entered 03/10/06 15:27:40    Desc
Certificate of Service    Page 9 of 10

IN THE MATTER OF:
BENCHMARK HOMES, INC., Debtor
Case No. BK06-80243
Certificate of Service                                                                 Page 9

SID #438
2120 South 72 Street, Suite 1250
Omaha   NE   68124

SID #446
2120 S 72nd St #1250
Omaha   NE   68124

Simpson Enterprises, Inc
10414 'J' Street
Omaha   NE   68127

Sloan, Todd J.
Po Box 4040
Omaha   NE   68104

Somerset Landscape & Maint, Inc.
2133 W. Elliot Road
Chandler   AZ   85224

SSE, Inc.
PO Box 460932
Papillion   NE   68046

Standard Heating And Air Conditioning
11746 Portal Road
Omaha   NE   68128

Standard Iron Works
10900 Harry Andersen Avenue
La Vista NE   68128

Suburban Newspapers, Inc
1413 S Washington St, Ste 300
Papillion   NE   68046

Tammys Cleaning
504 Pearl Circle
Elkhorn NE   68022

Team Electric, Inc.
1110 Applewood Drive
Papillion   NE   68046

Thompson Dreesen & Dorner Inc
10836 Old Mill Road
Omaha   NE   68154

Thomte, Mazour, & Niebergall
2120 South 72 Street Ste 1111
Omaha   NE   68124

Timberlane Construction, LLC
853 Skyline Drive
Blair   NE   68008

Trajet Products, Inc.
PO Box 4294
Omaha   NE   68104

TSN, Inc.
6013 S. 160th Street
Omaha   NE   68135

TST Grading And Sodding, Inc
24583 Highway 91
Nickerson   NE   68044

Twin Design Trimwork, Inc.
7747 Loess Lane
Fort Calhoun   NE   68023

U Fill It
310 W. Church Street
P O Box 628
Valley   NE   68064

Union Bank & Trust Company
3643 South 48th Street
Lincoln NE   68506

University of Nebraska
Athletic Ticket Office, Box 82848
Lincoln   NE   68501

Upton Construction
15951 Adams Street
Omaha   NE   68135

US Bank
PO Box 790408
St. Louis   MO   63179

Value Heating & Air Inc.
1260 Royal Drive
Papillion   NE   68046

Waitt Outdoor, LLC
4725 "F" Street
Omaha   NE   68117

Waste Management Nebraska
PO Box 9001054
Louisville   KY   40290

BENCHMARK HOMES, INC., Debtor
Case No. BK06-80243
Certificate of Service                                                                Page 10

Watkins Concrete Block Co. Inc
P.O. Box 80268
Lincoln  NE      68501

West Star Printing
308 East Cary Street
Papillion       NE      68046

Wheretobuild.com
6901 Dodge Street, Suite 107
Omaha   NE      68132

Whirlpool Corporation
Po Box 36000
Knoxville       TN      37930

KC Concrete Placement, Inc.
2700 West "O" Street
Omaha, NE  68528

HA Solutions
201 South 16th Street
Omaha, NE  68102

_____
Robert V. Ginn

OM-214909-1

Page 10