IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BENCHMARK HOMES, INC., | ) | Case No. BK06-80243 |
| ASHFORD HOLLOW, LLC, | ) | Case No. BK06-80248 |
| SADDLEBROOK PROPERTIES, LLC, | ) | Case No. BK06-80249 |
| ONE NINETY-TWO, LLC, | ) | Case No. BK06-80250 |
| CANTERBERRY CROSSING, LLC, | ) | Case No. BK06-80251 |
| | ) | |
| Debtors. | ) | Chapter 11 |

**TRUSTEE'S NOTICE OF INTENT TO SELL PROPERTY
AND NOTICE SETTING OBJECTION/RESISTANCE DEADLINE**

TO:    Debtors, Their Creditors and All Parties-in-Interest

PLEASE TAKE NOTICE that Thomas D. Stalnaker, Trustee of the above-named estates, proposes to and will sell at private sale, on or after October 4, 2006, all of his right, title and interest in and to the following described property:

> All main floor furniture located at 18872 Pacific Plaza, Elkhorn, Nebraska, except for the sunroom furniture

The said property shall be sold to Tom Jackson and Vince Leisey for the sum of $6,500. Vince Leisey is President of Prudential Ambassador Real Estate, the real estate broker retained by the Trustee herein.

These assets are subject to a lien in favor of Great Western Bank, which will receive $6,000.00 of the proceeds . Because of the expense and delay involved in the sale of such assets at a public auction, the proposed sale represents a greater recovery than the Trustee would receive through a public sale of said assets and is in the best interests of this estate.

The purchase price will be paid in full on closing.

To the best of Trustee's knowledge, the result of this sale will not produce any tax liability for this estate.

**NOTICE  SETTING OBJECTION/RESISTANCE DEADLINE**

NOTICE IS HEREBY GIVEN that the above and foregoing Trustee's Notice of Intent to Sell Property has been filed by Thomas D. Stalnaker, Trustee herein. Any resistance to the above pleading or request for a hearing must be filed with the Clerk of the Bankruptcy Court and a copy served on the movant on or before

October 3, 2006. Neb. R. Bankr. P. 9013 applies to this proceeding. If the resistance period expires without the filing of any resistance or request for hearing, the Court will consider entering an order granting the relief sought without further notice or hearing. If a timely resistance or request for hearing is filed and served, the Clerk shall schedule a hearing. All resistances to any motion shall set forth the specific factual and legal basis and conclude with a particular request for relief.

Dated: September 13, 2006                THOMAS D. STALNAKER, Trustee,

By:    s/Thomas D. Stalnaker
       Thomas D. Stalnaker, #13990
       STALNAKER, BECKER & BURESH, P.C.
       P.O. Box 24268
       Omaha, Nebraska 68124-0268
       (402) 393-5421
       His Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2006, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system, which sent notification of such filing to all parties who receive an electronic notification in these proceedings, and I have mailed, by United States Postal Service, the documents to the following non CM/ECF participants:

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Paul M. Brown
1925 N. 120th Street
Omaha, NE 68154

Nebraska Dept. of Revenue
ATTN: Bankruptcy Unit
P.O. Box 94818
Lincoln, NE 68509-4818

WDD, Inc.
c/o Donald L. Swanson
1125 S. 103rd Street, #800
Omaha, NE 68124

Traci M. Comstock
22657 James Dr.
Council Bluffs, IA 51503

Jeff T. Courtney
6842 Pacific Street
Omaha, NE 68106

Thomas C. Lauritsen
1005 S. 107th Avenue, #101
Omaha, NE 68114

                                          s/Thomas D. Stalnaker
                                          Thomas D. Stalnaker

S:\WordPerfect\cheri's files\BK\BenchMark\FurnitureSale.9-12-06.wpd